02-10-175-CV
















 

 

 

 

COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT
WORTH

 

NO. 02-10-00175-CV

 

 


 
 
 ILVA NICHOLE GREENIDGE
 
 
                                            APPELLANT
 
 


 

V.

 


 
 
 KEVIN ANTONY GREENIDGE
 
 
                                              
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 360TH
DISTRICT COURT OF TARRANT
COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          On September 7, 2010, we notified
Appellant Ilva Nichole Greenidge that her brief did not comply with state
appellate rules 9.4(h) and 38.1(a), (c), (d), (f), (g), (i), (j), and (k),[2]
nor did it comply with subsections A and E of this court’s local appellate rule
1.[3]  We allowed Appellant until September 17, 2010,
to file an amended brief that complied with the above rules.  We stated in our letter to Appellant that her
failure to timely file an amended brief in compliance with the above rules
could result in the waiver of noncomplying points, our striking her brief, or
the dismissal of her appeal.[4]  Appellant has not filed an amended brief. 

          Accordingly, we strike Appellant’s
brief and dismiss this appeal for want of prosecution.[5]

 

                                                                             
 
 
 
 
 
 
 
 
 PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED: 
October
 14, 2010











[1]See Tex. R. App. 47.4.





[2]See Tex. R. App. P. 9.4(h), 38.1(a),
(c), (d), (f), (g), (i)-(k). 





[3]See 2nd Tex. App. (Fort Worth) Loc. R.
1(A), (E).





[4]See Tex. R. App. P. 38.8(a), 38.9(a),
42.3(b), (c).





[5]See Tex. R. App. P. 38.8(a), 38.9(a),
42.3(b), (c).